IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerry Dillman and Edward Dillman,

Plaintiffs,

v.

Donald S. Burak, Esq., "John" Vincent, and Stacy Reed, individually,

Defendants.

COURT FILE NO. 01-CV-1473 (DWF/SRN)

**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANTS TO RESPOND TO COMPLAINT**

To: THE HONORABLE DONOVAN W. FRANK:

IT IS HEREBY stipulated by the undersigned counsel that defendants Donald S. Burak, Esq., "John" Vincent and Stacy Reed be permitted an extension up to and including September 17, 2001, to file a response to the Complaint in the above-entitled action.

Dated: ~~August~~ Sep 4, 2001 31, 2001.

THE BARRY LAW OFFICE, LTD.

By____________________

Peter F. Barry (#0266577)
342 East Country Road D
St. Paul, MN 55117
Telephone: (651) 714-8800

and

CONSUMER JUSTICE CENTER, P.A.
Thomas J. Lyons (#249646)
342 East Country Road D
St. Paul, MN 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFFS**

FILED SEP 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

MOSS & BARNETT
A Professional Association

Dated: August 31, 2001.

By Peter A. Koller
Thomas J. Shroyer (#100638)
Peter A. Koller (#150459)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANTS**

IT IS SO ORDERED:

BY THE COURT:

Dated: Sept 5, 2001.

Donovan W. Frank
Judge of U.S. District Court

447702/1