**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JERRY DILLMAN and EDWARD DILLMAN,

Plaintiffs,

v.

DONALD S. BURAK, being sued as Donald S. Burak, Esq., JOHN VINCENT, individually, and STACY REED, individually,

Defendants.

Civil No. 01-1473 (DWF/SRN)

**ORDER OF DISMISSAL**

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117 and Peter Barry, Esq., Barry Law Office, 342 County Road D East, Little Canada, MN 55117-1171, counsel for Plaintiffs.

Thomas Shroyer, Esq., and Peter Koller, Esq., Moss & Barnett, 90 South 7th Street, Suite 4800, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 20th, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 20 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ____________