IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerry Dillman and Edward Dillman,

Plaintiffs,

v.

Donald S. Burak, Esq., "John Vincent," individually, and "Stacy Reed," individually,

Defendants.

COURT FILE NO. 01-CV-1473 (DWF/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and defendants, through their respective counsel, that plaintiffs' complaint against defendants may be dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that any party may forthwith and without notice to the other party apply to the Court for an order for dismissal in accordance herewith.

Dated: 12/5, 2001.

CONSUMER JUSTICE CENTER, P.A.

By ______________________

Thomas J. Lyons, Jr. (#249646)
342 East Country Road D
St. Paul, MN 55117
Telephone: (651) 770-9707
and
THE BARRY LAW OFFICE, LTD.
Peter F. Barry (#0266577)
342 East Country Road D
St. Paul, MN 55117
Telephone: (651) 714-8800

**ATTORNEYS FOR PLAINTIFFS**

FILED DEC 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 07 2001
DEPUTY CLERK

MOSS & BARNETT
A Professional Association

Dated: 12-6, 2001.

By ______________________
Thomas J. Shroyer (#100638)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANTS**

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that plaintiffs' complaint against defendants shall be and hereby is dismissed with prejudice and without costs to ANY party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: Dec 7, 2001.

______________________
Donovan W. Frank
Judge of U.S. District Court

465593/1